Opinion
issued January 26, 2012.

 

 



 

 

In The

Court of Appeals

For The

First District of Texas

 



 

NO. 01-10-00222-CV

 



 

CLIFFORD ALLEN SMITH, Appellant

 

V.

 

CLINT WAYNE BROWN AND SUZANNE RADCLIFFE,
Appellees

 



 

On Appeal from the 56th
District Court

Galveston County, Texas

Trial Court Cause No. 08CV0510

 



 

MEMORANDUM
OPINION








Appellant, Clifford Allen Smith, has failed to timely file
a brief.  See Tex. R. App. P. 38.8(a) (failure of
appellant to file brief).  After being
notified that this appeal was subject to dismissal, appellant did not
adequately respond.  See Tex. R. App. P. 42.3(b) (allowing
involuntary dismissal of case).

We dismiss the appeal for want of prosecution
for failure to timely file a brief.  

We dismiss any pending motions as moot.

PER
CURIAM

Panel consists of Justices Jennings, Massengale, and Huddle.